THE HONORABLE JAMES L. ROBART

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA RICHMOND-PROHASKA,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC., and ETHICON, LLC,<br><br>Defendants, | Case No. 2:23-cv-00210-JLR<br><br>**STIPULATION TO EXTEND CASE SCHEDULE DEADLINES**<br><br>Noted for Consideration: June 8, 2023 |

Whereas, counsel for the Parties have conferred and agreed on extending initial case schedule deadlines (Dkt. No. 9) until after resolution of Defendants' forthcoming motion to dismiss, which Defendants will file on or before their deadline to do so on June 19, 2023.

Therefore, the Parties stipulate and agree, and jointly move this Court, for an order suspending the initial case schedule deadlines in this matter (Dkt. No. 9), including deadlines for the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and the Joint Status Report, until after the Court's decision on the forthcoming Motion to Dismiss Plaintiff's Amended Complaint. The interests of judicial economy are best served if the Parties do not proceed with prosecuting their claims and/or defenses while the potential of dismissal of this action is unresolved. Within 21 days of the Court's order on the forthcoming Motion to Dismiss, the Parties shall confer and propose

STIPULATION TO EXTEND CASE
SCHEDULE DEADLINES – PAGE 1
Case No. 2:23-cv-00210-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

new deadlines—if applicable—for the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and the Joint Status Report.

    IT IS SO STIPULATED.

    Dated:  June 8, 2023.

Respectfully submitted,

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **DELUE LAW PLLC** |
| By: *s/ Andrew DeCarlow*<br>Patricia A. Eakes, WSBA No. 18888<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 2800<br>Seattle, WA  98101<br>Phone: (206) 274-6400<br>Email: andrew.decarlow@morganlewis.com<br>       patty.eakes@morganlewis.com | By: *s/ Daniel D. DeLue*<br>Daniel D. DeLue, WSBA No. 29357<br>600 Stewart Street, Suite 1115<br>Seattle, Washington 98101<br>Phone: (206) 508-3804<br>Email: ddd@d3law.com |
| *Counsel for Defendants* | **OLIVER LAW GROUP P.C.**<br><br>By: *s/ Alyson Oliver*<br>Alyson Oliver  (Admitted *pro hac vice*)<br>50 W. Big Beaver Rd., Suite 200<br>Troy, MI  48084<br>Phone: (248) 327-6556<br>Email: aoliver@oliverlawgroup.com<br><br>*Counsel for Plaintiff* |

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES – – PAGE 2
Case No. 2:23-cv-00210-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: June 9, 2023

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND CASE
SCHEDULE DEADLINES – – PAGE 3
Case No. 2:23-cv-00210-JLR

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401