THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA RICHMOND-PROHASKA,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON INC, ETHICON LLC,<br><br>Defendants. | Case No. 2:23-cv-00210-JLR<br><br>**STIPULATION REGARDING PLAINTIFF'S REQUEST TO AMEND FIRST AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS**<br><br>**Noted for Consideration: June 29, 2023** |

After receiving Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 13), counsel for Plaintiff Debra Richmond-Prohaska informed counsel for Defendants Ethicon Inc. and Ethicon LLC that Plaintiff intended to dismiss Defendant Ethicon LLC and seek leave to file a Second Amended Complaint. Having reviewed Plaintiff's proposed Second Amended Complaint, the parties agree as follows:

1. Plaintiff will file a stipulation dismissing all claims against Ethicon LLC;

2. Defendants consent to Plaintiff's request to file her Second Amended Complaint;

3. Defendants agree to strike the pending Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 13), reserving all rights to renew a Motion to Dismiss following filing of the Second Amended Complaint;

4. Defendants shall have 20 days from the date of filing of the Second Amended Complaint to answer or otherwise respond to Plaintiff's Second Amended Complaint.

STIPULATION REGARDING PLAINTIFF'S REQUEST TO AMEND FIRST AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS – Page 1
Case No. 2:23-cv-00210-JLR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*IT IS SO STIPULATED.*

Dated: June 29, 2023.

Respectfully submitted,

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **DELUE LAW PLLC** |
| By: *s/ Andrew DeCarlow* | By: *s/ Daniel D. DeLue* |
| Patricia A. Eakes, WSBA No. 18888 | Daniel D. DeLue, WSBA No. 29357 |
| Andrew DeCarlow, WSBA No. 54471 | 600 Stewart Street, Suite 1115 |
| 1301 Second Avenue, Suite 2800 | Seattle, Washington 98101 |
| Seattle, WA 98101 | Phone: (206) 508-3804 |
| Phone: (206) 274-6400 | Email: ddd@d3law.com |
| Email: andrew.decarlow@morganlewis.com | |
| patty.eakes@morganlewis.com | **OLIVER LAW GROUP P.C.** |
| *Counsel for Defendants* | By: *s/ Alyson Oliver* |
| | Alyson Oliver (Admitted *pro hac vice*) |
| | 50 W. Big Beaver Rd., Suite 200 |
| | Troy, MI 48084 |
| | Phone: (248) 327-6556 |
| | Email: aoliver@oliverlawgroup.com |
| | *Counsel for Plaintiff* |

STIPULATION REGARDING PLAINTIFF'S REQUEST TO AMEND FIRST AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS – Page 2
Case No. 2:23-cv-00210-JLR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**[PROPOSED] ORDER**

IT IS SO ORDERED. Plaintiff is granted leave to file her Second Amended Complaint. Defendant's Motion to Dismiss (Dkt. No. 13) shall be stricken, and Defendant(s) have 20 days from the filing of the Second Amended Complaint to respond to such complaint.

DATED: June 29, 2023

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING PLAINTIFF'S REQUEST TO AMEND FIRST AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS – Page 3
Case No. 2:23-cv-00210-JLR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401