THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEBRA RICHMOND-PROHASKA,

  Plaintiff,

  v.

ETHICON, INC., and ETHICON, LLC,

  Defendants.

Case No. 2:23-cv-00210-JLR

**STIPULATION AND ORDER OF DISMISSAL**

**Noted for: June 29, 2023**

  NOW COMES Plaintiff and Defendants, by counsel, and hereby stipulate and agree to entry at this time of an order dismissing Defendant Ethicon LLC only, without prejudice and without costs or attorney fees to either party.

  IT IS SO STIPULATED.

  DATED this 29th day of June, 2023.

| MORGAN, LEWIS & BOCKIUS LLP | DELUE LAW PLLC |
|---|---|
| By: *s/ Andrew DeCarlow* <br> Patricia A. Eakes, WSBA No. 18888 <br> Andrew DeCarlow, WSBA No. 54471 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 | By: *s/ Daniel D. DeLue* <br> Daniel D. DeLue, WSBA No. 29357 <br> 600 Stewart Street, Suite 1115 <br> Seattle, Washington 98101 <br> Phone: (206) 508-3804 <br> Email: ddd@d3law.com |

STIPULATION AND ORDER OF DISMISSAL - 1
(Case No. 2:23-cv-00210-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  Email: andrew.decarlow@morganlewis.com
2        patty.eakes@morganlewis.com     **OLIVER LAW GROUP P.C.**

3  *Counsel for Defendants*     By: *s/ Alyson Oliver*
4      Alyson Oliver (Admitted *pro hac vice*)
    50 W. Big Beaver Rd., Suite 200
5      Troy, MI  48084
    Phone: (248) 327-6556
6      Email: aoliver@oliverlawgroup.com

7      *Counsel for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL - 2
(Case No. 2:23-cv-00210-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

## ORDER OF DISMISSAL

Consistent with the above stipulation,

**IT IS ORDERED** that the case against Ethicon LLC be **DISMISSED** without prejudice and without costs or attorney fees to either party.

**IT IS SO ORDERED.**

DATED: June 29, 2023

_____
Hon. James L. Robart
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3
(Case No. 2:23-cv-00210-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401